**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00130-CV**

_____

**IN THE ESTATE OF JEREL W. HARRIS**

**On Appeal from the County Court**
**Jefferson County, Texas**
**Trial Cause No. 114237**

**MEMORANDUM OPINION**

The appellant, Robert Harris, filed an agreed motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. See Tex. R. App. P. 42.1. No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

1

Submitted on March 1, 2017
Opinion Delivered March 2, 2017

Before McKeithen, C.J., Kreger and Horton, JJ.